# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 15-cv-23888-JEM

HUSHHUSH ENTERTAINMENT, INC., a California corporation d/b/a Hush Hush Entertainment, Hushpass.com and Interracialpass.com,

        Plaintiff,

v.

MINDGEEK USA, INC., a Delaware corporation, d/b/a PORNHUBPREMIUM.COM MINDGEEK USA, INC., a Delaware corporation, individually and doing business as MINDGEEK USA INC., a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG FREESITES, LTD, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING US, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; MG BILLING EU, a Delaware corporation, individually and d/b/a PORNBHUBPREMIUM.COM; MG BILLING IRELAND, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM; LICENSING IP INTERNATIONAL S.A.R.L., a foreign corporation d/b/a PORNHUBPREMIUM.COM; FERAS ANTOON, an individual; and DOES 1 – 50,

        Defendants.
_____/

### JOINT STIPULATION FOR ACCEPTANCE OF SERVICE
### AND DATE FOR RESPONSE TO COMPLAINT AND
### MOTION FOR ENTRY OF ORDER THEREON

        Plaintiff HushHush Entertainment, Inc. and Defendants MindGeek USA Incorporated, MG Freesites Ltd., MG Billing US Corp., MG Billing Ireland Limited, and Licensing IP International S.à.r.l. ("Moving Defendants"), by and through undersigned counsel, hereby file this Joint Stipulation For Acceptance of Service and Date for Response to Complaint and Motion For Entry of Order Thereon, and state:

1. Plaintiff and Moving Defendants[1] hereby stipulate that a copy of the Complaint herein has been provided to counsel for Moving Defendants, and that counsel for Moving Defendants is authorized to and has accepted service on behalf of the Moving Defendants based upon an agreement with Plaintiff's counsel that formal service of process will be otherwise unnecessary and Moving Defendants shall have until December 18, 2015 to file a response to the Complaint.  In accepting service, Moving Defendants specifically reserve, and do not waive, any defenses or challenges, including to jurisdiction, venue, or sufficiency of the Complaint.

2. Plaintiff and Moving Defendants move the Court to accept this Joint Stipulation and adopt it as an Order of the Court as set forth in the proposed Order attached hereto as Exhibit A.

        Respectfully submitted,

        Brooks C. Miller, P.A.
        ***Attorneys for Plaintiff***
        4300 Southeast Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131
        bmiller@brooksmiller.com
        Phone: (305) 372-0900
        Fax: (305) 372-0660

        By:  /s/ Brooks C. Miller
             Brooks C. Miller
             Florida Bar No: 316995

        and

        Ecoff Campain & Tilles, LLP
        Lawrence C. Ecoff
        (*Pro hac vice*)
        ***Attorneys for Plaintiff***
        280 S. Beverly Drive, Suite 504
        Beverly Hills, CA 90212
        ecoff@ecofflaw.com
        Phone: (310) 887-1850
        Fax: (310) 887-1855

        and

---

[1] Moving Defendants are all named Defendants herein, *other than* Defendant Feras Antoon.  Additionally, "MG BILLING EU, a Delaware corporation, individually and d/b/a PORNHUBPREMIUM.COM" is a non-existent entity.  No appearance is made on its behalf.

# 1953992 v1

MITCHELL SILBERBERG & KNUPP LLP
*Attorneys for Moving Defendants*
11377 W. Olympic Boulevard
Los Angeles, California 90064-1683
Phone: (310) 312-2000
Fax: (310) 312-3100

       and

GRAY ROBINSON, P.A.
*Attorneys for Moving Defendants*
333 S.E. Second Avenue, Suite 3200
Miami, Florida 33131
karen.stetson@gray-robinson.com
Phone: (305) 416-6880
Fax: (305) 416-6887

By: \_\_\_/s/ Karen L. Stetson_____
      Karen L. Stetson
      Florida Bar No: 742937
      Jonathan L. Gaines
      Florida Bar. No. 330361