UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 15-23888-CIV-MARTINEZ-GOODMAN

HUSHHUSH ENTERTAINMENT, INC.,

Plaintiff,

vs.

MINDGEEK USA, INC., et al.,

Defendants.
_______________________________________/

**PLAINTIFF'S CERTIFICATE OF INTERESTED**
**PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Hushhush Entertainment, Inc., d/b/a Hush Hush Entertainment, Hushpass.com and Interracialpass.com, pursuant to Rule 7.1, Federal Rules of Civil Procedure and the December 1, 2015 Order (D.E. 13) , discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

a. Hushhush Entertainment, Inc., d/b/a Hush Hush Entertainment, Hushpass.com and Interracialpass.com.

b. Brooks C. Miller, P.A. (counsel for Plaintiff)

c. Ecoff Campain & Tilles, LLP (counsel for Plaintiff)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest secured creditors) in bankruptcy cases: Not Applicable.

4. The name of each victim (individual or corporate) of a civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Hushhush Entertainment, Inc., d/b/a Hush Hush Entertainment, Hushpass.com and Interracialpass.com.

Respectfully submitted,

By: s/Brooks C. Miller
Brooks C. Miller, Esq.
Florida Bar No. 316695
Brooks C. Miller, P.A.
4300 Southeast Financial Center
200 South Biscayne Boulevard
Miami, FL 33131
Email: bmiller@brooksmiller.com
Phone: (305) 372-0900
Fax: (305) 372-0660

and

Ecoff Campain & Tilles, LLP
Lawrence C. Ecoff (*pro hac vice*)
280 S. Beverly Drive, Suite 504
Beverly Hills, CA 90212
ecoff@ecofflaw.com
Phone: (310) 887-1850
Fax: (310) 887-1855

*Attorneys for Hushhush Entertainment, Inc., d/b/a Hush Hush Entertainment, Hushpass.com and Interracialpass.com.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2015, I electronically filed the foregoing *Plaintiff's Certificate of Interested Parties and Corporate Disclosure Statement* with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served by electronic notice on all counsel for parties of record reflected below.

By: s/Brooks C. Miller

## SERVICE LIST

Karen Stetson
Jonathan L. Gaines
Gray Robinson, P.A.
333 S.E. Second Ave., Suite 3200
Miami, FL 33131

and

Marc E. Mayer (*pro hac vice*)
Emily F. Evitt (*pro hac vice*)
David A. Steinberg (*pro hac vice*)
Mitchell Silberberg & Knupp, LLP
11377 W. Olympic Boulevard
Los Angeles, California 90064-1683

*Attorneys for Defendants*