UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-cv-23888-JEM

HUSHHUSH ENTERTAINMENT, INC., a California
corporation d/b/a Hush Hush Entertainment,
Hushpass.com and Interracialpass.com,

        Plaintiff,

v.

MINDGEEK USA, INC., a Delaware corporation,
d/b/a PORNHUBPREMIUM.COM MINDGEEK
USA, INC., a Delaware corporation, individually and
doing business as MINDGEEK USA INC., a
Delaware corporation, individually and d/b/a
PORNHUBPREMIUM.COM; MG FREESITES,
LTD, a Delaware corporation, individually and d/b/a
PORNHUBPREMIUM.COM; MG BILLING US, a
Delaware corporation, individually and d/b/a
PORNHUBPREMIUM.COM; MG BILLING EU, a
Delaware corporation, individually and d/b/a
PORNBHUBPREMIUM.COM; MG BILLING
IRELAND, a Delaware corporation, individually and
d/b/a PORNHUBPREMIUM.COM; LICENSING IP
INTERNATIONAL S.A.R.L., a foreign corporation
d/b/a PORNHUBPREMIUM.COM; FERAS
ANTOON, an individual; and DOES 1 – 50,

        Defendants.

_____/

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT**

        Defendants MindGeek USA Incorporated, MG Freesites Ltd., MG Billing US Corp., MG Billing Ireland Limited, Licensing IP International S.à.r.l., and Feras Antoon ("Defendants") hereby disclose the following persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case:

1

(1) Defendant MindGeek USA Incorporated is an indirectly wholly owned subsidiary of MindGeek S.à.r.l.

(2) Defendant MG Freesites Ltd. is an indirectly wholly owned subsidiary of MindGeek S.à.r.l.

(3) Defendant MG Billing US Corp. is an indirectly wholly owned subsidiary of MindGeek S.à.r.l.

(4) Defendant MG Billing Ireland Limited is an indirectly wholly owned subsidiary of MindGeek S.à.r.l.

(5) Defendant Licensing IP International S.à.r.l. is an indirectly wholly owned subsidiary of MindGeek S.à.r.l.

(6) MindGeek S.à.r.l. is a privately held company whose owners are:

    (a) Coginvest S.A.

    (b) Acaju Investments S.A.

    (c) MindGeek Holding Inc.

    (d) Share Investments S.A.

(7) MindGeek Holding Inc. is a privately held company whose owners are:

    (a) 9288-1259 Québec Inc.

    (b) 9288-1275 Québec Inc.

7291366.1/43277-00658

(8) Feras Antoon is an individual.

Date: December 16, 2015

        Respectfully submitted,

        MITCHELL SILBERBERG & KNUPP LLP
        *Attorneys for Defendants*
        11377 W. Olympic Boulevard
        Los Angeles, California 90064-1683
        Phone: (310) 312-2000
        Fax: (310) 312-3100

        and

        GRAY ROBINSON, P.A.
        *Attorneys for Defendants*
        333 S.E. Second Avenue
        Suite 3200
        Miami, Florida  33131
        Karen.Stetson@gray-robinson.com
        Phone:  (305) 416-6880
        Fax:  (305) 416-6887

        By: /s/ Karen L. Stetson
            Karen L. Stetson
            Florida Bar No: 742937
            Jonathan L. Gaines
            Florida Bar No: 330361

7291366.1/43277-00658

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF to Brooks C. Miller, Esq., Brooks C. Miller, P.A., Attorneys for Plaintiff, 4300 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131; and Lawrence C. Ecoff, Esq. and Ian S. Landsberg, Esq., Ecoff Landsberg, LLP, Attorneys for Plaintiff, 280 South Beverly Drive, Suite 504, Beverly Hills, CA 90212, this 16th day of December, 2015.

By: /s/ Karen L. Stetson
Karen L. Stetson

4

7291366.1/43277-00658