UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO. 15-CV-23888-MARTINEZ/GOODMAN**

HUSHHUSH ENTERTAINMENT, INC., a California
corporation d/b/a Hush Hush Entertainment, Hushpass.com
and Interracialpass.com,

        Plaintiff,

v.

MINDGEEK USA, INC., a Delaware corporation,
d/b/a PORNHUBPREMIUM.COM MINDGEEK
USA, INC., a Delaware corporation, individually and
doing business as MINDGEEK USA INC., a Delaware
corporation, individually and d/b/a
PORNHUBPREMIUM.COM; MG FREESITES, LTD,
a Delaware corporation, individually and d/b/a
PORNHUBPREMIUM.COM; MG BILLING US, a
Delaware corporation, individually and d/b/a
PORNHUBPREMIUM.COM; MG BILLING EU, a
Delaware corporation, individually and d/b/a
PORNBHUBPREMIUM.COM; MG BILLING
IRELAND, a Delaware corporation, individually and
d/b/a PORNHUBPREMIUM.COM; LICENSING IP
INTERNATIONAL S.A.R.L., a foreign corporation
d/b/a PORNHUBPREMIUM.COM; FERAS
ANTOON, an individual; and DOES 1 – 50,

        Defendants.
_____/

**JOINT MOTION FOR ENTRY OF PROTECTIVE
ORDER AS TO CONFIDENTIAL MATERIALS**

    Plaintiff and Defendants, by and through their undersigned attorneys, file this Joint Motion for Entry of Protective Order Regarding Confidential Materials, and state:

    1.    Discovery, pleadings, briefs and other documents filed with the Court or exchanged by the Parties in the above-captioned matter may involve documents containing (i) trade secrets, (ii) or other confidential information.

    2.    The Parties in the above-captioned matter have agreed that it is necessary to establish common procedures to safeguard the confidentiality of the information summarized

# 2042091 v1

above and to facilitate the disposition by this Court of any disputes or problems that may arise in connection with discovery or other use of this information;

      3.    Good cause therefore exists under Fed. R. Civ. P. 26 for entry of a protective order. A proposed form of the Protective Order Regarding Confidential Materials agreed to by the parties is attached hereto.

      WHEREFORE, it is requested that the Court enter a Protective Order Regarding Confidential Materials in the form attached hereto, and grant whatever additional relief the Court deems just and proper.

Dated this 22nd day of March, 2016.

| | |
|---|---|
| BROOKS C. MILLER, P.A.<br>*Attorneys for Plaintiff*<br>4300 Southeast Financial Center<br>200 South Biscayne Boulevard<br>Miami, FL 33131<br>bmiller@brooksmiller.com<br>Phone: (305) 372-0900<br>Fax: (305) 372-0660<br><br>and<br><br>ECOFF CAMPAIN & TILLES, LLP<br>*Attorneys for Plaintiff*<br>280 S. Beverly Drive, Suite 504<br>Beverly Hills, CA 90212<br>ecoff@ecofflaw.com<br>Phone: (310) 887-1850<br>Fax: (310) 887-1855<br><br>By: /s/ Lawrence C. Ecoff<br>     Lawrence E. Ecoff (*pro hac vice*) | MITCHELL SILBERBERG & KNUPP LLP<br>*Attorneys for Defendants*<br>11377 W. Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Phone: (310) 312-2000<br>Fax: (310) 312-3100<br><br>and<br><br>GRAY ROBINSON, P.A.<br>*Attorneys for Defendants*<br>333 S.E. Second Avenue<br>Suite 3200<br>Miami, Florida 33131<br>Karen.Stetson@gray-robinson.com<br>Phone: (305) 416-6880<br>Fax: (305) 416-6887<br><br>By:/s/ Karen L. Stetson<br>     Karen L. Stetson<br>     Florida Bar No: 742937<br>     Jonathan L. Gaines<br>     Florida Bar No: 330361 |