UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 15-23888-CIV-MARTINEZ-GOODMAN

| | |
|---|---|
| HUSHHUSH ENTERTAINMENT, INC., | NOTICE OF HEARING REGARDING DEFENDANTS' FAILURE TO PRODUCE FINANCIAL INFORMATION |
| vs. | |
| | Hearing date: June 24, 2016, 2:30 p.m. |
| | Hearing location: James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Room 1168, Miami, Florida 33132 |
| MINDGEEK USA, INC., et al., | |
| Defendants. _____/ | |

## NOTICE OF HEARING REGARDING DEFENDANTS' FAILURE TO PRODUCE FINANCIAL INFORMATION

In accordance with Rule 7.1(a)(3) of the Local Rules of the United States District Court for the Southern District of Florida and Magistrate Judge Goodman's Discovery Procedures Order (Docket No. 35), Plaintiff HushHush Entertainment, Inc. ("Plaintiff") hereby provides Notice of a Hearing to take place at 2:30 pm on June 24, 2016 regarding Defendants MindGeek USA Incorporated, MG Freesites Ltd., MG Billing US Corp., MG Billing Ireland Limited, and Licensing IP International S.à.r.l., and Feras Antoon (collectively, "Defendants"), failure to produce their financial information to HushHush.

//

Case Number: 15-23888-CIV-MARTINEZ-GOODMAN

## I. SUMMARY OF DISCOVERY ISSUE TO BE HEARD

Plaintiff is seeking the following financial information from Defendants for the period January 1, 2015 to the present: (1) Profit and Loss statements; (2) Income statements; (3) Financial statements (audited or unaudited); (4) Credit card processing statements; and (5) Bank statements.  On April 28, 2016, Plaintiff offered to engage in a mutual exchange of the Parties' financial information.  On May 11, 2016, Defendants agreed to provide their financial information to Plaintiff, but Defendants have declined to provide a date certain on which they will do so.  In light of the rapidly approaching discovery cutoff, Plaintiff seeks the Court's assistance in resolving this matter.  The information Plaintiff seeks will demonstrate that Defendants have a direct financial benefit in the infringing activity alleged in the Complaint and it will help establish a basis for statutory damages under the Copyright Act.

## II. LIST OF SOURCE MATERIAL

1. Defendant MG Freesites Ltd.'s Responses to Plaintiff HushHush Entertainment, Inc.'s First Set of Requests for Production of Documents, Nos. 55— 60 (attached hereto as Exhibit 1).

2. Defendant MG Billing US Corp.'s Responses to Plaintiff HushHush Entertainment, Inc.'s First Set of Requests for Production of Documents, Nos. 55— 60 (attached hereto as Exhibit 2).

3. Defendant Mindgeek USA Inc.'s Responses to Plaintiff HushHush Entertainment, Inc.'s First Set of Requests for Production of Documents, Nos. 55— 60 (attached hereto as Exhibit 3).

Case Number: 15-23888-CIV-MARTINEZ-GOODMAN

4. Defendant MG Freesites Ltd.'s Objections to Plaintiff HushHush Entertainment, Inc.'s Notice of Deposition of MG Freesites Ltd. Pursuant to Fed. R. Civ. P. 30(b)(6) and the Topics for Examination, Topic No. 7 (attached hereto as Exhibit 4).

5. Defendant Mindgeek USA Inc.'s Objections to Plaintiff HushHush Entertainment, Inc.'s Notice of Deposition of MG Freesites Ltd. Pursuant to Fed. R. Civ. P. 30(b)(6) and the Topics for Examination, Topic No. 7 (attached hereto as Exhibit 5).

6. Defendant MG Freesites Ltd.'s Amended Responses to Plaintiff HushHush Entertainment, Inc.'s Special Interrogatories, No. 8 (attached hereto as Exhibit 6).

7. May 10, 2016 and May 11, 2016 Emails between Emily Evitt of Mitchell Silberberg & Knupp, LLP and Rachel Stein of Ecoff Campain & Tilles LLP, cc to Larry Ecoff, David Steinberg, Marc Mayer, and Yaron Tilles (attached hereto as Exhibit 7).

### III. CERTIFICATION OF COMPLIANCE WITH S.D. FLA. L. R. 7.1(a)(3)

I certify that I have conferred with counsel for Defendants in a good faith effort to resolve the issues raised by this Notice of Hearing and have been unable to do so, pursuant to Rule 7.1(a)(3) of the Local Rules for the United States District Court for the Southern District of Florida.

//
//
//
//
//
//
//

**Case Number: 15-23888-CIV-MARTINEZ-GOODMAN**

The Parties discussed the issue described herein on April 27, 2016 and June 1, 2016, and exchanged various written communications regarding this issue.

Respectfully submitted,

By: s/ Yaron M. Tilles, Esq.
Yaron M. Tilles, Esq. (*pro hac vice*)
California Bar No. 208556
Ecoff Campain & Tilles, LLP
280 S. Beverly Drive, Suite 504
Beverly Hills, CA 90212
tilles@ecofflaw.com
Phone: (310) 887-1850
Fax: (310) 887-1855

*Attorneys for Hushhush Entertainment, Inc.,
d/b/a Hush Hush Entertainment,
Hushpass.com and Interracialpass.com*
