# EXHIBIT 7

# Rachel L. Stein

**From:** Evitt, Emily <efe@msk.com>
**Sent:** Wednesday, May 11, 2016 2:17 PM
**To:** Rachel L. Stein
**Cc:** Larry Ecoff; Steinberg, David; Mayer, Marc; Yaron M. Tilles
**Subject:** RE: HushHush v. MindGeek -- letters

Rachel,

As I trust you saw, we served amended interrogatory responses and verifications yesterday (5/10), which addresses your first and second issue.

As for issue 3, we do intend to provide financial information. However, we are still gathering and analyzing the information and discussing it with our clients. We will not be able to provide financial information before next week's depositions. We do not believe this will impact the MG Freesites 30(b)(6) deposition because we objected to Topic 7 ("Revenues received as a result of the operation of Pornhubpremium.com.") Moreover, please be advised that Brett Goldenberg will not be prepared to testify about finances. We are willing to discuss providing a witness to testify about finances during the next round of depositions in Montreal. Also on the subject of financial information, when can we expect to receive it from Hush?

Finally, on issue 4, we maintain our position that the relevant period for discovery is the statute of limitations period – i.e. from October 2012 to the present.

Let me know if you would like to discuss any of these issues further.

Regards,
Emily

**msk**

**Emily F. Evitt | Attorney-at-Law**
T: 310.312.3280 | efe@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Rachel L. Stein [mailto:stein@ecofflaw.com]
**Sent:** Tuesday, May 10, 2016 4:06 PM
**To:** Evitt, Emily
**Cc:** 'Larry Ecoff'; Steinberg, David; Mayer, Marc; 'Yaron M. Tilles'
**Subject:** RE: HushHush v. MindGeek -- letters

Emily,

I'm following up on your email below. You indicated that by early this week, you would provide us with the following information/documents: (1) your clients' verifications; (2) substantive amended interrogatory responses; (3) a decision

regarding our request for financial information; and (4) a decision regarding our requested date limit for discovery responses. Given that the depositions are only a week from now, we will expect to receive all of the requested information by close of business tomorrow. Please let us know if you are not able to comply with that request.

Thanks,
Rachel

**From:** Evitt, Emily [mailto:efe@msk.com]
**Sent:** Thursday, May 05, 2016 4:29 PM
**To:** Rachel L. Stein <stein@ecofflaw.com>
**Cc:** Larry Ecoff <ecoff@ecofflaw.com>; Steinberg, David <DAS@msk.com>; Mayer, Marc <MEM@msk.com>
**Subject:** HushHush v. MindGeek -- letters

Rachel:

Yesterday, we received two letters from your office dated May 3 and May 4, 2016. We are still reviewing your letters and discussing them with our client. However, in the meantime, here are some initial comments on your main points:

**MAY 4 LETTER**

Scheduling Depositions
We are checking the week of June 20 with our client and will get back to you.

Document Productions
As we have already discussed, we will produce documents tomorrow (5/6).

Verifications
Our goal is to provide them tomorrow (5/6) for both the MG Freesites amended interrogatory responses and the MindGeek USA interrogatory responses. At the latest, you will have them early next week.

Amended Interrogatory Responses
As we have previously shared, we will be providing substantive amended interrogatory responses. Again, our goal is to provide them tomorrow (5/6), but at the latest you will have them early next week.

Financial Information
We are still discussing this issue with our client and will get back to you early next week. If we do provide financial information, it will likely be separate from our amended interrogatory responses – in the interest of getting you the amended interrogatory responses sooner.

Date Limit for Discovery Responses
We are continuing to look into this issue and will get back to you early next week.

**MAY 3 LETTER**

We are still in the process of reviewing the assignment agreements that you identified during our April 27 call, and we have not yet determined if they resolve the ownership issue. It is unremarkable that Mr. Mayer was not aware of these documents when he wrote his letter given that they were buried in a 1,844-page PDF that was not text searchable. We will follow up once we have further analyzed the ownership issue.

Regards,
Emily

2



**Emily F. Evitt | Attorney-at-Law**
T: 310.312.3280 | efe@msk.com
Mitchell Silberberg & Knupp LLP | www.msk.com
11377 W. Olympic Blvd., Los Angeles, CA 90064

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.